UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 20-61-DLB

**JAMES A. FOSTER**                                                                              **PLAINTIFF**

**v.**                                            **<u>JUDGMENT</u>**

**ANDREW SAUL, Commissioner**
**of the Social Security Administration**                                    **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)      The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)      Plaintiff James Foster's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)      This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 2nd day of February, 2021.



Signed By:
*David L. Bunning* DB
United States District Judge

J:\DATA\SocialSecurity\Orders\Lexington\20-61 Foster Judgment.docx